# EXHIBIT A

Alpenrose Dairy, Inc.  
Payments Within 90 Days

HH Operations, LLC(f/k/a Haggen Operations Holdings, LLC)  
Case No. 15-11875 (KG) Jointly Administered

| Check No. | Check Issue Date | Check Clear Date | Amount |
|---|---|---|---|
| 6002977 | 6/4/2015 | 6/12/2015 | $1,089.70 |
| 6002897 | 6/3/2015 | 6/12/2015 | $3,619.12 |
| 6003137 | 6/8/2015 | 6/15/2015 | $3,609.47 |
| 6003242 | 6/9/2015 | 6/16/2015 | $890.70 |
| 6003355 | 6/10/2015 | 6/16/2015 | $2,292.15 |
| 6003459 | 6/11/2015 | 6/16/2015 | $1,050.02 |
| 6003619 | 6/15/2015 | 6/22/2015 | $3,494.94 |
| 6003733 | 6/16/2015 | 6/23/2015 | $768.51 |
| 6003864 | 6/17/2015 | 6/23/2015 | $3,316.80 |
| 6003970 | 6/18/2015 | 6/23/2015 | $1,153.98 |
| 6004137 | 6/22/2015 | 6/29/2015 | $3,312.48 |
| 6004259 | 6/23/2015 | 6/30/2015 | $1,237.60 |
| 6004385 | 6/24/2015 | 6/30/2015 | $2,995.56 |
| 6004459 | 6/25/2015 | 7/1/2015 | $922.24 |
| 6004594 | 6/29/2015 | 7/3/2015 | $3,344.67 |
| 6004725 | 6/30/2015 | 7/6/2015 | $883.31 |
| 6004863 | 7/1/2015 | 7/7/2015 | $2,729.07 |
| 6004975 | 7/2/2015 | 7/7/2015 | $1,234.59 |
| 6005096 | 7/6/2015 | 7/13/2015 | $3,823.58 |
| 6005333 | 7/7/2015 | 7/14/2015 | $1,302.28 |
| 6005490 | 7/8/2015 | 7/14/2015 | $2,473.86 |
| 6005607 | 7/9/2015 | 7/14/2015 | $786.72 |
| 6005840 | 7/13/2015 | 7/20/2015 | $3,355.87 |
| 6005989 | 7/14/2015 | 7/20/2015 | $804.21 |
| 6006144 | 7/15/2015 | 7/22/2015 | $2,681.53 |
| 6006291 | 7/16/2015 | 7/22/2015 | $1,024.26 |
| 6006551 | 7/20/2015 | 7/28/2015 | $3,828.94 |
| 6006728 | 7/21/2015 | 7/28/2015 | $879.32 |
| 6006900 | 7/22/2015 | 7/28/2015 | $2,895.33 |
| 6007051 | 7/23/2015 | 7/28/2015 | $779.31 |
| 6007239 | 7/27/2015 | 8/3/2015 | $3,413.89 |
| 6007406 | 7/28/2015 | 8/3/2015 | $1,026.58 |
| 6007584 | 7/29/2015 | 8/4/2015 | $3,182.01 |
| 6007723 | 7/30/2015 | 8/4/2015 | $979.74 |
| 6008008 | 8/3/2015 | 8/10/2015 | $3,761.90 |
| 6008183 | 8/4/2015 | 8/11/2015 | $1,150.04 |
| 6008353 | 8/5/2015 | 8/11/2015 | $3,453.15 |
| 6008487 | 8/6/2015 | 8/11/2015 | $958.78 |
| 6008756 | 8/10/2015 | 8/14/2015 | $3,044.80 |
| 6008938 | 8/11/2015 | 8/18/2015 | $818.87 |
| 6009131 | 8/12/2015 | 8/18/2015 | $2,126.25 |
| 6009277 | 8/13/2015 | 8/21/2015 | $1,324.77 |
| 6009534 | 8/17/2015 | 8/21/2015 | $3,292.67 |
| 6009712 | 8/18/2015 | 8/26/2015 | $802.22 |
| 6009911 | 8/19/2015 | 8/26/2015 | $2,782.16 |
| 6010061 | 8/20/2015 | 8/26/2015 | $1,006.30 |
| 6010263 | 8/24/2015 | 8/31/2015 | $3,002.47 |
| 6010445 | 8/25/2015 | 8/31/2015 | $1,115.54 |
| 6010632 | 8/26/2015 | 9/1/2015 | $3,259.13 |
| 6010773 | 8/27/2015 | 9/1/2015 | $750.07 |
| 6011039 | 8/31/2015 | 9/4/2015 | $3,531.93 |
| | | | $107,363.39 |